**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------

**UNITED STATES OF AMERICA**

      - against -                    12cr269 (JGK)-2

**OSVALDO RIVERA RODRIGUEZ,**            <u>ORDER</u>

            Defendant.
-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    There is a limited remand from the Court of Appeals with respect to the amount of forfeiture and the search condition for supervised release. After consultation with the defendant, defense counsel, Mr. Fasulo, should indicate to the Court whether he seeks to be relieved of further representation of the defendant for purposes of the remand. If so, a CJA counsel will be appointed for purposes of the remand. Mr. Fasulo should advise the Court with respect to his representation by June 19, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            May 14, 2020            <u>  /s/ John G. Koeltl  </u>
                                                         John G. Koeltl
                                        United States District Judge