**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————

**UNITED STATES OF AMERICA**

      - against -                      12cr269 (JGK)-2

**OSVALDO RIVERA-RODRIGUEZ,**            <u>**ORDER**</u>

            **Defendant.**
———————————————————————

**JOHN G. KOELTL, District Judge:**

The parties should report to the Court by May 29, 2020 with respect to whether there is a proposed disposition of the issues raised by the Court of Appeals. If not, the parties should propose a briefing schedule for the Court.

**SO ORDERED.**

**Dated:**    New York, New York
            May 19, 2020                  /s/ John G. Koeltl
                                                   John G. Koeltl
                                        **United States District Judge**