**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――
**UNITED STATES OF AMERICA**

       - against -                     12cr269 (JGK)

**OSVALDO RIVERA-RODRIGUEZ,**            <u>ORDER</u>

             **Defendant.**
―――――――――――――――――――――――――――――
**JOHN G. KOELTL, District Judge:**

    The defendant should indicate any objections to the Government's proposed "Amended Order of Forfeiture/Money Judgment" by June 29, 2020.

    The Court intends to enter an Amended Judgment incorporating the two changes noted by the Court of Appeals, namely the amount of forfeiture and the search condition for supervised release, which should conform to the oral pronouncement of sentence.

    In addition, pursuant to Federal Rule of Criminal Procedure 36, the Court intends to delete the language "unless the defendant is in compliance with the installment payment schedule," from the supervised release restriction on incurring new credit charges or opening additional lines of credit because the language was not included in the oral pronouncement of

sentence. The parties should indicate any objections by June 29, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **June 24, 2020**             \_\_\_\_\_**/s/ John G. Koeltl**\_\_\_\_\_
                                          **John G. Koeltl**
                                   **United States District Judge**