

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

October 27, 2022

Hon. John G. Koeltl
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
10/28/22
John G. Koeltl, U.S.D.J.

Re:   *United States v. Osvaldo Rivera-Rodriguez*
      *Case No.: 12 Cr. 269*

Dear Judge Koeltl,

Our office was previously appointed to represent Osvaldo Rivera-Rodriguez in the above-referenced matter. In light of medical issues with Mr. Rivera-Rodriguez that have arisen, as well as recent court decisions that I believe may apply to his case, I respectfully request to be re-appointed as CJA counsel to Mr. Rivera-Rodriguez for the purpose of submitting a renewed Compassionate Release application and/or motion based on the First Step Act. I further ask that associate Michael Giordano be appointed so that he may assist me in conducting legal research, retrieving and reviewing necessary documents, communicating with the client, etc. Pursuant to the CJA presumptive hourly rate, I ask that Mr. Giordano be authorized to bill at $110/hour.

Thank you for your attention in this matter.

Respectfully submitted,

/s/
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213