UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

OSVALDO RIVERA RODRIGUEZ,

    Defendant.

12-cr-269 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should respond to the attached request for a return of property by **August 23, 2024**.

SO ORDERED.

Dated:   New York, New York
       August 8, 2024

                                         John G. Koeltl
                                    United States District Judge

Osvaldo Rodriguez-Rivera
66445-054
Bronx Community Reentry
2534 Creston Avenue
Bronx, New York 10468

United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

March 16, 2024

Re: United States v. Osvaldo Rodriguez-Rivera
1:12-cr-00269-JGK-2

Hon. Koeltl:

Good afternoon Your Honor. I was sentenced on May 31, 2018, following the entry of a guilty plea to Counts 2, 4, & 5 of the Superseding Indictment as indicated above. At this time, I am respectfully requesting the return of my personal property when I was arrested. Specifically, I would like the return of my Wallet, and I-Phone 4 in that the Government has no further use for this property. Thank you kindly,

Respectfully,

Osvaldo Rodriguez-Rivera

8/08/24

RECEIVED
AUG 8 2024
S.D.N.Y.