UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                    12-cr-269 (JGK)

OSVALDO RIVERA RODRIGUEZ,        ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The Government should respond to the motion to reduce sentence by **August 30, 2024**. The defendant may reply by **September 20, 2024**. The motion should be filed on the public docket.

SO ORDERED.

Dated:    New York, New York
           August 8, 2024

                                        John G. Koeltl
                                    United States District Judge