```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

UNITED STATES OF AMERICA,

- against -

OSVALDO RIVERA RODRIGUEZ,

        Defendant.

12-cr-269 (JGK)

ORDER

------------------------------------

**JOHN G. KOELTL, District Judge:**

The defendant submitted a letter to the Court dated August 8, 2024, inquiring whether his lawyer filed a motion for reduction of sentence (ECF No. 273). A motion for reduction of sentence has been filed on behalf of the defendant (ECF No. 269), and the Government has responded (ECF No. 274). The defendant is reminded that the Court has ordered any reply to be submitted by the defendant **by September 20, 2024** (ECF No. 268).

The defendant also sought the return of certain property (ECF No. 270). The Government responded that it does not presently have that property (ECF No. 271). There is nothing further for the Court to do with that request.

The Court requests the Clerk to mail a copy of this Order to the defendant at the following address and to note mailing on the docket:

```
Osvaldo Rivera Rodriguez
66445-054
Bronx Community Reentry
2534 Creston Avenue
Bronx, New York 10468
```

**SO ORDERED.**
**Dated:    New York, New York**
**September 4, 2024**

_____
John G. Koeltl
United States District Judge